UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GORDON FLATT,<br><br>    *Plaintiff*,<br><br> v.<br><br>JOHN DOE,<br><br>    *Defendant*. | Case No. 1:19-cv-00113-PAE<br><br>Judge Paul A. Engelmayer |

**NOTICE OF MOTION AND MOTION FOR LEAVE
TO SERVE A THIRD-PARTY SUBPOENA
PRIOR TO A RULE 26(f) CONFERENCE**

  Plaintiff Gordon Flatt respectfully moves for an order pursuant to Federal Rule of Civil Procedure 26(d)(1) granting Plaintiff leave to serve a third-party subpoena prior to a Federal Rule of Civil Procedure 26(f) conference.  In support of his motion, Plaintiff submits (1) a Memorandum of Law in Support of Plaintiff's Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference, and (2) the proposed rider to the subpoena Plaintiff seeks to issue, attached as Exhibit 1 to Plaintiff's Memorandum of Law.


Dated: January 7, 2019        Respectfully submitted,

                  /s/ Justin V. Shur
                  Justin V. Shur (# 3897212)
                  MOLOLAMKEN LLP
                  600 New Hampshire Avenue, N.W.
                  Suite 660
                  Washington, D.C. 20037
                  (T) 202.556.2000
                  (F) 202.556.2001
                  jshur@mololamken.com

                  *Attorney for Plaintiff Gordon Flatt*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated: January 7, 2019                    /s/ Justin V. Shur

 

Justin V. Shur (# 3897212)
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
Suite 660
Washington, D.C. 20037
(T) 202.556.2000
(F) 202.556.2001
jshur@mololamken.com

*Attorney for Plaintiff Gordon Flatt*