UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GORDON FLATT,

                              Plaintiff,

           -v-

JOHN DOE,

                              Defendant.

19 Civ. 113 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from plaintiff requesting a court order approving the subpoena request found at Dkt. 14-1, which was served on Verizon, the internet service provider that provides service to the defendant(s). The Court previously granted plaintiff's motion for discovery before a Federal Rule of Civil Procedure 26(f) conference, including plaintiff's request to subpoena an internet service provider. Accordingly, plaintiff represents that the instant request is a request for a ministerial order, as opposed to a request for new, substantive relief, and is required for Verizon to comply with a third-party subpoena.

    The Court hereby grants plaintiff's request, with the following caveat. Plaintiff may subpoena Verizon only to obtain the defendant(s)'s name and address and use that information for the purposes of this litigation. *See Malibu Media, LLC v. Doe*, 15 Civ. 4381 (JFK), 2015 WL 4923114 (S.D.N.Y. Aug. 18, 2015). If plaintiff believes it necessary to do so, he make seek leave from the Court to obtain further information from Verizon.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 2, 2019
       New York, New York

2