

Justin V. Shur
MoloLamken LLP
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
T: 202.556.2005
F: 202.556.2001
jshur@mololamken.com
www.mololamken.com

May 29, 2019

The Honorable Paul A. Engelmayer
United States District Court
   Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/19
```

BY ECF

    Re:    19-cv-00113-PAE – *Flatt v. Doe* – Joint Letter Motion for a Stay

Dear Judge Engelmayer,

    Plaintiff Gordon Flatt and Defendant John Doe jointly request an order staying this litigation to allow the parties to engage in settlement discussions before Plaintiff files an Amended Complaint naming Defendant and effects service. The parties propose filing a joint status letter 90 days after entry of the requested stay to set a further schedule if necessary.

    On March 28, 2019, the Court granted Plaintiff's First Motion for an Extension of Time to Serve Defendant so that Plaintiff could complete third-party discovery from an Internet Service Provider. Dkts. 12-13. Plaintiff has now completed all pre-Rule 26(f) Conference discovery and has conferred with Defendant through their respective counsel. The parties agree that settlement discussions are warranted in an effort to resolve disputes between the parties without need for further litigation. The parties further agree that these discussions are more likely to be productive before Plaintiff files an Amended Complaint and serves Defendant. Accordingly, the parties respectfully request that the Court enter a stay.

                                    Respectfully submitted,

/s/ Ryan Blanch                          /s/ Justin V. Shur
Ryan Blanch                                  Justin V. Shur
                                          Jordan A. Rice

*Counsel for Defendant*                    *Counsel for Plaintiff*

6/3/19

Denied. The Court is willing to extend the deadline to file an amended complaint in order to facilitate settlement discussions between the parties, but considers the request for a stay, with a status report due in 90 days, excessive. The Court therefore will extend the deadline by 45 days from the date of this order, *i.e.* July 18, 2019. If the parties believe, near the close of this deadline, that a further short extension is necessary to further facilitate settlement discussion, the Court will consider such a request at the appropriate time.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge